UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


INTERNAL REVENUE SERVICE ET,AL.
    PLAINTIFF

VS

LESLIE E CASSEY ET,AL
    DEFENDANT

MICHAEL LEZOT
    DEFENDANT

MARK CORRIA
    DEFENDANT

ALAN SCARIE
    DEFENDANT

DAVID CARUSO
    DEFENDANT

(1).

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PARTIES

(1). THE PLAINTIFF IS THE INTERNAL REVENUE SERVICE, AN AGENCY OF THE UNITED STATES.

(2). THE FIRST DEFENDANT IS LESLIE E CASSEY, A NAMBLA MEMBER, AN A CONVICTED SEX OFFENDER, A RESIDENT OF LYNN, ESSEX COUNTY AND A CITIZEN OF THE UNITED STATES.

(3). THE SECOND DEFENDANT IS MICHAEL LEZOT, A NAMBLA MEMBER, A RESIDENT OF LYNN AND A CITIZEN OF THE UNITED STATES.

(4). THE THIRD DEFENDANT IS MARK CORRIA, A CONVICTED SEX OFFENDER, A NAMBLA MEMBER, A RESIDENT OF LYNN ESSEX COUNTY AND A CITIZEN OF THE UNITED STATES.

(5). THE FORTH DEFENDANT IS ALAN SCARIE, A NAMBLA MEMBER, A RESIDENT OF NORTH ANDOVER, MIDDLESEX COUNTY AND A CITIZEN OF THE UNITED STATES.

(6). THE FIFTH DEFENDANT IS DAVID CARUSO, A CONVICTED SEX OFFENDER, A NAMBLA MEMBER, A RESIDENT OF LYNN, ESSEX COUNTY AND A CITIZEN OF THE UNITED STATES.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JURISDICTION

(7). THIS HONORABLE COURT HAS JURISDICTION OVER THIS MATTER PURSUANT TO 28 UNITED STATES CODE, SECTION 1331 ET, SEQ.

(8). THIS HONORABLE COURT HAS UNITED STATES OFFICERS COMPELLED TO DO HIS DUTY JURISDICTION OVER THIS MATTER PURSUANT TO 28 UNITED STATES CODE SECTION 1361 ET, SEQ.

(3).

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATEMENT OF FACTS

COMPLAINT

(9). ALL DEFENDANTS ARE PART OF A NAMBLA CHILD PROSTITUTION RING.

(10). ALL DEFENDANTS GET PAIDED FOR SELLING THE BODYS OF ALL 11 SCARIE CHILDREN TO CLIENTS FOR MONEY.

(11). CLIENTS ARE STEVEN MURREY, RONALD HARRIS, RICHARD HIGGINS, JOSEPH TAYLOR.

(12). ALL DEFENDANTS AND THE CLIENTS WERE AT THE MISSLE ROAD IN NORTH ANDOVER ON MARCH 2ND 1990, MARCH 9TH 1990, MARCH 16TH 1990, MARCH 23RD 1990, MARCH 30TH 1990, APRIL 7TH 1990, APRIL 14TH 1990, APRIL 21ST 1990, APRIL 28TH 1990, MAY 5TH 1990, MAY 12TH 1990, MAY 17TH 1990.

(13). ALL DEFENDANTS STOPPED ALL PROSTITUTION AFTER PROSTITUTE DAVID SCARIE ACCUSSED ANOTHER MAN OF RAPE.

(14). ALL DEFENDANTS DID NOT PAY ANY FEDERAL INCOME TAXES, STATE INCOME TAXES OR ANY OTHER FEES FOR SERVICES RENDERED ON MARCH 2ND 1990, MARCH 9TH 1990, MARCH 16TH 1990, MARCH 23RD 1990, MARCH 30TH 1990, APRIL 7TH 1990, APRIL 14TH 1990, APRIL 21ST 1990, APRIL 28TH 1990, MAY 5TH 1990, MAY 12TH 1990, MAY 17TH 1990.

(15). WHEREFORE THE DEFENDANTS DEMAND JUSTICE BEFORE PENALTYS ARE BEYOND PAYMENTS OR AS THIS COURT DEEMS JUST.

THIS DOCUMENT IS SIGNED UNDER THE PAINS AND PENALTYS OF PURJURY THIS SEVENTH DAY OF MARCH 2004.

MARK CORRIA
507 BOSTON STREET
LYNN, MA 01902

*Mark Corria*