UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK CORRIA,
      Plaintiff,

                                      Civil Action No. 04-10484-RWZ
v.

INTERNAL REVENUE SERVICE,
      Defendant.

## ORDER OF DISMISSAL

ZOBEL, D.J.

In accordance with this Court's order dated April 26, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date April 26, 2004

(noticeofdismissal.wpd - 12/98)　　　　　　　　　　　　　　　　　　　　　　　[odism.]